

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-01077-CV

KATHERINE R. WARREN, AS NEXT FRIEND OF M.H.W., A MINOR, BENEFICIARY OF THE M.H.W. 2000 TRUST, Appellant

V.

ANDY I. WEINER, TRUSTEE OF THE M.H.W. 2000 TRUST, Appellee

Appeal from the Probate Court No. 4 of Harris County.   (Tr. Ct. 425578).

**TO THE PROBATE COURT NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 5th day of February 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on November 21, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the trial court's judgment in the following respect: the probate court has jurisdiction over the suit and therefore erred in granting Andy I. Weiner's plea to the jurisdiction.   Accordingly, the Court **reverses** the trial court's judgment and **remands** the

case to the trial court for further proceedings, with instructions that the case be reinstated on the trial court's docket.

The Court orders that the appellee, Andy I. Weiner, Trustee of the M.H.W. 2000 Trust, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 5, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

